WILLIAM T. EMMET et al., as Substituted Trustees under the Will of BENJAMIN H. LILLIE, Deceased, Respondents, *v.* ELLA V. L. RUNYON et al., Respondents, and JULIA W. PORGES, Appellant.

*Emmet* v. *Runyon*, 151 App. Div. 888, affirmed.
(Argued May 2, 1913; decided June 3, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered June 11, 1912, which affirmed a judgment of Special Term finally settling the accounts of William T. Emmet et al., as substituted trustees of trusts created by the will of Benjamin H. Lillie, deceased.

*Robert A. B. Dayton* for appellant.

*Maurice Dillon* for plaintiffs, respondents.

*John H. Stoutenburgh, William W. Bliven* and *Louis Hanneman* for defendants, respondents.

Judgment affirmed, with costs to all parties appearing in this court and filing briefs, payable out of the fund; no opinion.

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.